**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARJORIE GILLESPIE, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-CV-00950 |
| v. | (JUDGE CAPUTO) |
| LORI DRING and NANCY ASARO, | |
| Defendants. | |

## **MEMORANDUM**

Presently before the Court is Plaintiffs' Motion to Require Defendants to Make an Election of Remedies.[1] (Doc. 32.) Plaintiffs request that the Court issue an order requiring Defendants to "identify whether they will be seeking to rescind the Settlement Agreement or to enforce the Settlement Agreement and seek damages." (*Id.* ¶ 17.) Assuming an election of remedies is even required, Defendants are not required to make an election at this time. Plaintiffs' Motion will be DENIED.

The Court's opinion is detailed in its Memorandum issued in the companion case, *Dring v. Ariel Land Owners, Inc.*, 3:15-cv-00478 (M.D. Pa.).

An appropriate order follows.

November 8, 2016   /s/ A. Richard Caputo
Date                A. Richard Caputo
                    United States District Judge

---

[1] A companion suit filed by Lori Dring and Nancy Asaro against Ariel Land Owners, Inc. ("ALO") is proceeding concurrently. *Gillespie v. Dring*, No. 3:15-cv-00478 (M.D. Pa.). In that case, Defendant ALO has also filed a Motion seeking to require Dring and Asaro to make an election of remedies. (Companion Case, Doc. 17.) The Court's opinion is detailed in the Memorandum accompanying that Order.