**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MARJORIE M. GILLESPIE, *et al.*,

    Plaintiffs,

        v.

LORI DRING and NANCY ASARO,

    Defendants.

NO. 3:15-CV-0950

(JUDGE CAPUTO)

## ORDER

**NOW**, this 10th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 61) filed by Defendants Lori Dring and Nancy Asaro is **GRANTED**.

(2) Judgment is **ENTERED** in **FAVOR** of Defendants Dring and Asaro and **AGAINST** Plaintiffs on all Counts of the Amended Complaint (Doc. 22)**.**

(3) As no claims remain, the Clerk of Court is directed to mark this case **CLOSED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge