IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARJORIE M. GILLESPIE, *et al.*,

    Plaintiffs,

v.

LORI DRING and NANCY ASARO,

    Defendants.

NO. 3:15-CV-0950

(JUDGE CAPUTO)

## ORDER

**NOW**, this 29th day of October, 2018, upon consideration of Defendants Lori Dring and Nancy Asaro's Motion for Reconsideration (Doc. 102) and brief in support thereof (Doc. 103), **IT IS HEREBY ORDERED** that:

(1) The Motion for Reconsideration (Doc. 102) filed by Defendants Lori Dring and Nancy Asaro is **GRANTED**.

(2) Section (3) of this Court's Order of October 10, 2018 (Doc. 99) directing the Clerk of Court to mark this case closed is **VACATED**.

(3) The Clerk of Court is directed to **REOPEN** this case.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge