**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARJORIE M. GILLESPIE, *et al.*, | |
| Plaintiffs, | NO. 3:15-CV-0950 |
| v. | (JUDGE CAPUTO) |
| LORI DRING and NANCY ASARO, | |
| Defendants. | |

## **ORDER**

**NOW**, this 20th day of November, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion for Reconsideration (Doc. 100) filed by Plaintiffs is **DENIED**.

(2) This Matter is placed on the April 2019 Trial List.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge