**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MARJORIE M. GILLESPIE, et al.,

    PlaintiffS,

        v.

LORI DRING AND NANCY ASARO,

    Defendants.

CIVIL ACTION NO. 3:15-CV-00950

(JUDGE CAPUTO)

## ORDER

**NOW**, this 17th day of October, 2019, **IT IS HEREBY ORDERED** that:

(1) Defendants' Application for Reasonable Attorneys' Fees and Costs (Doc. 119) is **GRANTED in part** and **DENIED in part** as follows:

    (A) Defendants shall be awarded $271,204.11 in attorney fees and $11,179.82 in costs for a total of $282,383.93.

(2) This award will be distributed as follows:

    (A) Attorneys, associates, and paralegals from Rosenn, Jenkins, & Greenwald, LLP will be awarded $239,649.61 in fees and $10,398.76 in costs.

    (B) Attorney Michael Profita will be awarded $29,554.50 in fees and $781.06 in costs.

    (C) Attorney R. Anthony Waldron will be awarded $2,000 in fees.

                                  /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge