IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJORIE M. GILLESPIE, *et al.*, | No. 3:15-CV-00950 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| LORI DRING and NANCY ASARO, | |
| Defendants. | |

## ORDER

**AND NOW**, this 2nd day of August 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that in further accordance with Federal Rule of Civil Procedure 62.1, Plaintiffs shall inform the circuit clerk of the United States Court of Appeals for the Third Circuit that this Court has determined that the pending motion for relief from judgment raises a substantial issue.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge