# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAJORIE M. GILLESPIE, *et al.*,

      Plaintiffs,

    v.

LORI DRING and NANCY ASARO,

      Defendants.

No. 3:15-CV-00950

(Chief Judge Brann)

## ORDER

### OCTOBER 27, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Plaintiffs' motion for relief from judgment (Doc. 140) is **DENIED**; and

2.  Robert J. Clauss is dismissed from the action.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge