# Stevens & Lee

425 Biden Street, Suite 300
Scranton, PA  18503
(570) 343-1827
www.stevenslee.com

T: (570) 969-5372
F: (610) 371-1222
peter.adonizio@stevenslee.com

October 26, 2022

**VIA CM/ECF**

Honorable Matthew W. Brann
U.S. District Court, Middle District of Pennsylvania
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
240 West Third Street
Suite 218
Williamsport, PA 17701

   Re:  *Gillespie et al. v. Dring & Asaro*, No. 15-cv-00950

Dear Chief Judge Brann:

  I am pleased to report that the parties have agreed to the terms of a settlement on Defendants' Application for Attorneys' Fees and Expenses (ECF Doc. No. 183), as well as the existing fee awards in favor of Defendants (ECF Doc. No. 136), the existing fee award in favor of ALO in the matter of *Dring et al. v. Ariel Land Owners, Inc.*, No. 3:15-cv-00478, (ECF Doc. No. 111), as well as ALO's pending fee request in the same matter (ECF Doc. No. 116-1), pending execution of mutually agreeable releases.  It is anticipated that the settlement will be consummated within sixty (60) days.

            Respectfully submitted,

            STEVENS & LEE

            /s/ *Peter J. Adonizio, Jr.*

            Peter J. Adonizio, Jr.

cc: Howard Rothenberg, Esq. (via CM/ECF)
   Ryan Campbell, Esq. (via CM/ECF)
   Philip Davolos, Esq. (via CM/ECF)
   Joseph O'Brien, Esq. (via CM/ECF)

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION

SL1 1811237v1 114592.00002